FILED

2005 May-26  PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| THOMAS SHANNON SMITH, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 4:04-cv-0182-PWG |
| | ) |
| JESSIE ANTHONY DURHAM, individually; | ) |
| CECIL REED, individually, | ) |
| | ) |
| **Defendants.** | ) |

## <u>O R D E R</u>

On March 22, 2005 the Magistrate Judge's Findings and Recommendation was filed.   No objections have been filed by either the plaintiff or defendants pursuant to Rule 72(b), *Federal Rules of Civil Procedure.*

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendations are **ACCEPTED**.   Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendants' Motion to Dismiss is **GRANTED** as to the § 1983 claims against defendant Reed.   The motion to dismiss is **DENIED** as to the § 1983 claims plaintiff has asserted against defendant Durham.   *See Evans v. Stephens*, _____ F.3d _____, No. 02-16424, (11th Cir. May 9, 2005) (*en banc*) ("[W]e conclude that the supposed facts of this case take the [Defendant's conduct] well beyond the 'hazy border' that sometimes separates lawful conduct from unlawful conduct.")   The motion to dismiss is **GRANTED** as to the state law claims against both defendants Durham and Reed.   This action is **DISMISSED** as against defendant Reed. This action remains pending against defendant Durham.

**DONE** and **ORDERED** this _____26th_____ day of May, 2005.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE